984 A.2d 935

In re David L. HOCKENBERRY, an Incapacitated Person.

Petition of Myrl I. and Vada B. Hockenberry (Guardians).

Supreme Court of Pennsylvania.

Dec. 1, 2009.

## ORDER

PER CURIAM.

AND NOW, this 1st day of December, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, reframed for clarity, is:

Whether plenary guardians have the authority to decline potentially life-sustaining treatment for a lifelong incapacitated person who is not suffering from an end-stage medical illness or is in a permanent vegetative state.